IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |
|---|---|
| DAVID JOHNSON, | * |
|  | * |
|  | * |
| Plaintiff, | * |
|  | * |
| v. | * No. 98-613-CIV-T-26B |
|  | * |
| RAYMOND JAMES & ASSOCIATES, INC., | * |
|  | * |
| Defendant. | * |
|  | * |
|  | * |

_____/

## DEFENDANT'S FIFTH STATUS REPORT

In the NASD Arbitration case, Case No. 98-03254, discovery is completed and the arbitration hearing is set for August 9-11, 1999 in Tampa, Florida.

Respectfully submitted,

Michael R. Alford, Esquire
Florida Bar No. 599336
Raymond James & Associates, Inc.
THE RAYMOND JAMES FINANCIAL CENTER
880 Carillon Parkway
P. O. Box 12749
St. Petersburg, FL  33733-2749
(727) 573-3800, Extension 4701
(727) 575-5529 – Facsimile

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Status Report has been furnished by United States mail, postage prepaid, to Joseph B. Donnelly, Greene, Donnelly & Schermer, 102 W. Whiting St., Ste. 201, Tampa, Florida  33602 on this 29th day of July, 1999.

Michael R. Alford, Esq.