IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID JOHNSON,

    Plaintiff,

v.      No. 98-613-CIV-T-26B

RAYMOND JAMES & ASSOCIATES, INC.,

    Defendant.

_____/

## DEFENDANT'S SIXTH STATUS REPORT

In the NASD Arbitration case, Case No. 98-03254, the hearing previously set for August 9-11, 1999 in Tampa, Florida, was rescheduled until November 8-10, 1999.

Respectfully submitted,

Michael R. Alford, Esquire
Florida Bar No. 599336
Raymond James & Associates, Inc.
THE RAYMOND JAMES FINANCIAL CENTER
880 Carillon Parkway
P. O. Box 12749
St. Petersburg, FL 33733-2749
(727) 573-3800, Extension 4701
(727) 575-5529 – Facsimile



## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of this Status Report has been furnished by United States mail, postage prepaid, to Joseph B. Donnelly, Greene, Donnelly & Schermer, 102 W. Whiting St., Ste. 201, Tampa, Florida 33602 on this 3d day of November, 1999.

                                              Michael R. Alford, Esq.