IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID JOHNSON,

    Plaintiff,

v.     No. 98-613-CIV-T-26B

RAYMOND JAMES & ASSOCIATES, INC.,

    Defendant.

_____/

## DEFENDANT'S SEVENTH STATUS REPORT

In the NASD Arbitration case, Case No. 98-03254, the hearing was conducted on November 8-10, 1999 and January 24-26, 2000, and the parties are awaiting the award of the NASD panel of arbitrators.

                          Respectfully submitted,

                          Michael R. Alford, Esquire
                          Florida Bar No. 599336
                          Raymond James & Associates, Inc.
                          THE RAYMOND JAMES FINANCIAL CENTER
                          880 Carillon Parkway
                          P. O. Box 12749
                          St. Petersburg, FL 33733-2749
                          (727) 573-3800, Extension 4701
                          (727) 575-5529 – Facsimile

