# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

DAVID JOHNSON,

      Plaintiff,

v.                              CASE NO: 8:98-cv-613-T-26B

RAYMOND JAMES & ASSOCIATES, INC.,

      Defendant.

_____/

## O R D E R

The Court has been advised by Defendant's Eighth Status Report (Dkt. 17) that the NASD arbitration of this matter has been completed. The Clerk is directed to change the status of this case from an administrative closure to a complete closure.

**DONE AND ORDERED** at Tampa, Florida, on June 6, 2000.

RICHARD A. LAZZARA
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record